IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION


MARGIE PHELPS, ELIZABETH PHELPS,
and TIMOTHY PHELPS, on behalf of themselves
and "Individual Picketers from the Westboro
Baptist Church,"

       Plaintiffs                              No.  1-13-cv-11-CRW-TJS

vs.                                    CERTIFIED FACT TO
                                  IOWA ATTORNEY GENERAL

CHIEF DREW POWERS, SHERIFF JOE
SAMPSON, and CHIEF RALPH O'DONNELL,
 in their personal capacities, in their
capacity as officials, and as class
representatives for police chiefs and county
sheriffs' department with the State of Iowa,

         Defendants.

        Pursuant to 28 U.S.C. section 2403 (b), the court certifies to the Iowa Attorney

General the fact that the plaintiffs Margie Phelps, Elizabeth Phelps, and Timothy Phelps contend

that Iowa Code section 718A.6 is unconstitutional on its face and in application by defendants.

The State of Iowa may intervene to present evidence on the statute's constitutionality in

accordance with 28 U.S.C. section 2403 (b).

        IT IS SO ORDERED.

        Dated this 19th day of April, 2013.


                                        CHARLES R. WOLLE, JUDGE
                                        U.S. DISTRICT COURT