IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MARGIE J. PHELPS, ELIZABETH M. PHELPS, AND TIMOTHY B. PHELPS, ON BEHALF OF THEMSELVES AND "INDIVIDUAL PICKETERS FROM THE WESTBORO BAPTIST CHURCH,"<br><br>Petitioners,<br><br>vs.<br><br>RED OAK POLICE CHIEF DRUE POWERS, MONTGOMERY COUNTY SHERIFF JOE SAMPSON, IN THEIR PERSONAL CAPACITIES, IN THEIR CAPACITY AS OFFICIALS,<br><br>Respondents.<br><br>And<br><br>STATE OF IOWA,<br><br>Intervenor. | No. 13-cv-00011<br><br><br><br>RESPONSE TO PETITIONERS' REQUEST FOR FEES AND EXPENSES BY RED OAK POLICE CHIEF DRUE POWERS AND MONTGOMERY COUNTY SHERIFF JOE SAMPSON |

COME NOW, the Respondents, Red Oak Police Chief, Drue Powers, and Montgomery County Sheriff, Joe Sampson, in their individual and official capacities, and Respond to Petitioners' Request for Attorney's Fees and Expenses.

The Respondent law enforcement officers generally agree with the Intervenor's Response to Petitioners' Request for Attorney fees. (Intervenor Response, Docket No. 13). This Court has discretion to award Petitioners with reasonable attorney fees under Section 1988, but the allocation of those fees should be in accordance with the purposes of Section 1988.

The purpose of Section 1988 is to promote private enforcement of civil rights by the citizens "while imposing the costs of rights violations *on the violators.*" *See Casey v. City of Cabool, Mo.*, 12 F.3d 799, 805 (8th Cir.1993) (citations omitted) (emphasis added). "In order for such a policy to be effective, Congress felt it appropriate to shift the true full cost of enforcement to the *guilty parties* to eliminate any obstacle to enforcement." *Id.* (citations omitted) (emphasis added).

This case is about the State of Iowa's renewed attempt to criminalize the misuse and desecration of the United States Flag. *See* Iowa Code Ann. §§ 718A.1A, 723.6(6), and *Roe v. Milligan*, 479 F. Supp. 2d 995, 1010 (S.D. Iowa 2007). Petitioners direct their summary judgment motion toward "half measures" taken by the State in an "apparent attempt" to remedy the vagueness of those statutes. (Petitioner Brief, pp. 2, 4, Docket No. 84-3). Importantly, there have been no allegations that Respondent law enforcement officers acted unconstitutionally or were otherwise culpable. (Second Amended Complaint , Docket No. 30; Petitioners' Statement of Material Facts, Docket No. 84-1). Petitioners simply attack the constitutionality of certain Iowa flag desecration statutes. (Petitioners Brief in Support of Summary Judgment, Docket No. 84-3).

On this point, the Court held that Iowa's flag desecration statutes are, indeed, unconstitutionally vague and overbroad. *Phelps v. Powers*, ___ F.Supp.3d ___, 2014 WL 6865736, *8, *12 (S.D. Iowa December 3, 2014). Although Petitioners also succeeded on an as-applied challenge to the statutes, there were no allegations of culpable conduct on the part of Respondent law enforcement officers. These officers were simply performing their State imposed duty to enforce the flag desecration statutes. *See, e.g.,* Iowa Code Ann. § 723.4(6).

If the Court awards Petitioners with attorney fees, Respondents respectfully suggest the fees be allocated to the State as the only culpable Defendant – the party that re-crafted the flag misuse and desecration statutes to be unconstitutional. *See Casey*, 12 F.3d at 805.

WHEREFORE, Respondents, Red Oak Police Chief, Drue Powers, and Montgomery County Sheriff, Joe Sampson, in their individual and official capacities, respectfully pray the Court overrule Petitioners' Request for Attorney Fees to the extent it seeks fees for efforts that were unnecessary for the result and allocate those fees, if any, to the State. Respondents also request further relief as this Court deems just and proper.

Robert M. Livingston #AT0004728
Kristopher K. Madsen #AT0004969
STUART TINLEY LAW FIRM LLP
310 West Kanesville Boulevard, Second Floor
P. O. Box 398
Council Bluffs, Iowa  51502
Telephone: 712.322.4033
Facsimile: 712.322.6243
Email: livingston.robert@stuarttinley.com
Email: madsen.kristopher@stuarttinley.com

ATTORNEYS FOR RESPONDENTS RED OAK POLICE CHIEF DRUE POWERS AND MONTGOMERY COUNTY SHERIFF JOE SAMPSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2015, the above and foregoing, RESPONSE TO PETITIONERS' REQUEST FOR ATTORNEY'S FEES AND EXPENSES, was electronically filed with the Clerk of the Court using the ECF system, service being made by ECF upon the following:

Randall C. Wilson
Rita Bettis
ACLU of Iowa Foundation, Inc.
901 Insurance Exchange Building
505 – 5th Avenue
Des Moines, IA  50309-2316
ATTORNEYS FOR PETITIONERS

Jeffrey S. Thompson
Jane Ambrozic
Meghan Gavin
Iowa Attorney General
Hoover State Office Bldg.
1305 East Walnut Street
Des Moines, IA  50319
ATTORNEYS FOR INTERVENOR, STATE OF IOWA

Robert M. Livingston